UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No.: 13-10308-DPW |
| | ) |
| JAMES H. FITZPATRICK | ) |
| BERNARD J. MOROSCO | ) |
| | ) |
| Defendants. | ) |

## GOVERNMENT'S WITNESS LIST

The United States anticipates calling the following witnesses to testify in the above-captioned matter. The government reserves the right to supplement, modify, or withdraw witnesses from this list.

1. Orion Brogna
   Chelsea, MA

2. Patrick Evans
   HUD - Washington, DC

3. Joseph Friesen, IT Specialist
   FBI - Boston, MA

4. Soyup Hahn, IT Specialist
   FBI - New York, NY

5. Terry Holcombe
   HUD - Washington, DC

6. Milagros Irizarry
   Chelsea, MA

7. Alexandra Jimenez
   Chelsea, MA

2

    8.      SA Jamie Mazzone
             DOT - OIG Cambridge, MA

    9.      Flor Palacio
             Chelsea, MA

    10.     Richard Russell
             Chelsea, MA

    11.     SA Kevin Sheahan
             FBI - Boston, MA

    12.     Vitus Shum
             Lexington, MA

    13.     SA Jessica Thompson
             HUD - Boston, MA

    14.     Carmen Torres
             Chelsea, MA

                                        Respectfully submitted,

                                        CARMEN M. ORTIZ
                                        United States Attorney

                          By:    /s/ S. Theodore Merritt
                                        S. THEODORE MERRITT
                                        BRIAN PEREZ-DAPLE
                                        Assistant U.S. Attorneys

      I, S. Theodore Merritt, Assistant United States Attorney, do hereby certify that this document, was filed on the above date through the ECF system which sends copies electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

                                        /s/ S. Theodore Merritt
                                        S. THEODORE MERRITT