UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA )
 )
 v. )  Criminal No.: 13-10308-DPW
 )
JAMES H. FITZPATRICK )
BERNARD J. MOROSCO )
 Defendants. )
_____)

## GOVERNMENT'S SUPPLEMENTAL WITNESS LIST

The United States anticipates calling the following additional witnesses to testify in the

above-captioned matter.  The government reserves the right to supplement, modify, or withdraw

witnesses from this list.

1.  James Cirino
    Lynnfield,MA

2.  Jill Rudy
    HUD
    Washington, DC

 Respectfully submitted,

 CARMEN M. ORTIZ
 United States Attorney

By:  /s/ S. Theodore Merritt
 S. THEODORE MERRITT
 BRIAN PEREZ-DAPLE
 Assistant U.S. Attorneys

CERTIFICATE OF SERVICE
 I, S. Theodore Merritt, Assistant United States Attorney, do hereby certify that this document, was filed on
the above date through the ECF system which sends copies electronically to the registered participants as identified
on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered
participants on this date.
 /s/ S. Theodore Merritt
 S. THEODORE MERRITT